[No. 15019–7–I.   Division One.   March 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
ANTHONY BROOKS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–8–00535–3, Liem E. Tuai, J., entered June
19, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 14138–4–I.   Division One.   March 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RODERICK
LARUE MCPHERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–01461–8, Nancy A. Holman, J., entered
December 14, 1983. *Reversed* by unpublished opinion per
Williams, J., concurred in by Corbett, C.J., and Scholfield,
J. Now published at 40 Wn. App. 298.

[No. 14898–2–I.   Division One.   March 4, 1985.]

THE STATE OF WASHINGTON, *Appellant,* v. DEIDRE
LEE HUNGERFORD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 84–1–00151–2, Robert C. Bibb, J.,
entered June 18, 1984. *Reversed* and *remanded* by unpub-
lished opinion per Corbett, C.J., concurred in by Williams
and Scholfield, JJ.

[No. 14500–2–I.   Division One.   March 4, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DWAIN
BESHERSE, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 83–8–00200–6, Harry A. Follman, J., entered
March 2, 1984. *Dismissed* by unpublished per curiam opin-
ion.